☐ AO 93 (Rev. 12/03) Search Warrant

RECEIVED
AUG -7 2013
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

# UNITED STATES DISTRICT COURT

District of | Alaska

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One first class letter addressed to "Christoper & Aaliyah Faulk, 8519 Jennifer Drive Apt. #B, Juneau, AK 99801" with a return address of "Mr. Brandon Padello, 7238 Clear Range Ave, Las Vegas, NV 89178."

## SEARCH WARRANT

Case Number: 1:13-mj-00013-LCL

| TO: | ANY U.S. POSTAL INSPECTOR OF THE U.S. POSTAL INSPECTION SERVICE (USPIS) | or any Authorized Officer of the United States |

Affidavit(s) having been made before me by | Scott Helton | who has reason to believe
                                              | Affiant       |

that ☐ on the person of, or ☒ on the premises known as (name, description and/or)

The above described article, currently located at the Mendenhall Post Office, 9491 Vintage Blvd., Juneau, Alaska 99803-9993

in the | | District of | Alaska | there is now
concealed a certain property, namely (describe the person or property)

Narcotic controlled substances, namely Oxycodone, cocaine, marijuana, methamphetamine, and heroin, in violation of Title 21 Section 841(a)(1) and 843(b) and Title 18 Section 1716.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    August 16, 2013
                                                         Date

(not to exceed 10 days) the place named above for the person or property specified, serving this warrant and making the

search ☒ in the daytime — 6:00 AM to 10:00 P.M. ☐ at anytime in the day or night as I find reasonable cause has been established

established and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to

as required by law.

U.S. Magistrate Judge (Rule 41 (f)(4))

at | Juneau, AK

Date and Time Issued  August 6, 2013  8:10 am

Leslie Longenbaugh / U.S. Magistrate Judge
Name and Title of Judge

**Signature Redacted**
Signature of Judge

| AO 93 | (Rev. 12/03) Search Warrant (Reverse) | | |
|---|---|---|---|
| **RETURN** | | Case Number: | |
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH | |
| 8/6/2013 - 8:10 AM | 8/6/2013 - 9:05 AM | USPS | |
| INVENTORY MADE IN THE PRESENCE OF | | | |
| S. Helton, Postal Inspector, R. Craig, Postal Inspector | | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

120 GRAMS - METHAMPHETAMINE (FIELD SCREEN POSSITIVE).

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Signature Redacted

Scott Helton                                    USPIS

Subscribed, sworn to, and returned before me this date.

Signature Redacted

Signature of Judge                              Aug. 6, 2013  Date